NTF
Rev. 02/17

# United States Bankruptcy Court
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101–6991

Telephone: 619–557–5620
Website: www.casb.uscourts.gov
Hours: 9:00am–4:00pm Monday–Friday

**Norman E Shaw**
308 Corto Street
Solana Beach, CA 92075
xxx–xx–0642
*Debtor Aliases:* Norman Shaw & Associates

Case number: 18–01433–LT11
Chapter: 11
Judge Laura S. Taylor

## Notice To Filer Of Errors And/Or Deficiencies in Documents

Document Number **193** and/or Claim Number    filed on: **12/23/19**    Title of Document: **Order on Final Approval and Confirmation of Debtor's Individual Ch.11**

Pursuant to the Federal Rules of Bankruptcy Procedures, Local Bankruptcy Rules and Administrative Procedures 1.12 Correcting Filing or Docket Errors, the following errors or deficiencies have been found with your filed document:

**Other reason––See OTHER section below.**

**Service was not completed on:**

☐ Debtor    ☐ Attorney    ☐ Trustee    ☐ U.S. Trustee

**ACTION TAKEN BY COURT**
☐ Atty/Debtor/Movant contacted on _____ via ☐ Tel/Voice Mail    ☐ Email    ☐ Mail or Other

**ACTION REQUIRED BY FILER**
**Amended document MUST BE FILED and RE–SERVED if applicable**

**OTHER:** **Please note the case number on the Order is incorrect.**

**Please correct case number and resubmit Order.**

**Thank you.**

Dated: 1/9/20

Barry K. Lander
Clerk of the Bankruptcy Court